AO 470 - EDNY (Rev. 03/01/2023)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America )
v. ) Case No. 25 CR 361 (PKC)
Hector Bermudez )
*Defendant* )

## ORDER SCHEDULING A DETENTION HEARING

Upon motion of the **defendant**, a detention hearing under 18 U.S.C. § 3142(f) is scheduled as follows:

| Place: 225 Cadman Plaza East<br>Brooklyn, NY 11201 | Courtroom: 2A |
| --- | --- |
|  | Date* and Time: 12/4/25 @ 2pm |

**IT IS ORDERED:** Pending the hearing, the Defendant shall be detained in the custody of the United States Marshal or any other authorized officer and must be produced for the hearing at the time, date, and place set forth above.

Date: 12/2/25

s/CLP, USMJ
*Judge's signature*

CHERYL POLLAK USMJ
*Printed name and title*

*If not held immediately upon the Defendant's first appearance, the hearing may be continued for up to three business days upon motion of the Government, or up to five business days upon motion of the Defendant, except for good cause. 18 U.S.C. § 3142(f)(2).

18 U.S.C. § 3142(f)(1) sets forth the grounds for a hearing that may be asserted only by the Government based on the nature of the offense. 18 U.S.C. § 3142(f)(2) states that a hearing shall be held upon motion of the Government or of the judicial officer if there is a **serious risk** that the Defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.