# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Vera M. Scanlon  DATE: 12/4/25

DOCKET NUMBER: 25CR361(PKC)  LOG#: 2:58 - 3:45

DEFENDANT'S NAME: Hector Bermudez
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: Gary Kaufman
___ Federal Defender ✓ CJA ___ Retained

A.U.S.A: Antoinette Rangel  CLERK: Felix Chin

INTERPRETER: _____ (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held. ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start ___ Stop ___

___ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for ___ @ ___ before Judge ___

Other Rulings: Dfse counsel presented a bail application of $250,000 with 3 sureties and 1 property; govt opposed; court denied the application. Order of detention entered. Court instructs the govt to follow up with the MDC regarding the dft's medical care + needs and to provide reports to the court regularly.