MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Peggy Kuo                         DATE:  12/12/25

DOCKET NUMBER:   25CR361(PKC)                         LOG#:  11:08 - 11:22

DEFENDANT'S NAME:   Hector Bermudez
   ✓ Present   ___ Not Present       ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Gary Kaufman
   ___ Federal Defender   ✓ CJA       ___ Retained

A.U.S.A:  Nina Gupta                                CLERK:  Felix Chin

INTERPRETER: _____  (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

✓ Bond set at  $350,000 .  Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop_____

___ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____
_____
_____
_____